IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**KIMBERLY JO DOLL,**

      Plaintiff,

v.                                  **CIV. ACT. NO. 5:23-CV-156**
                                        Judge Bailey

**SWN PRODUCTION COMPANY, LLC,**

      Defendant.

## ORDER

On April 25, 2025, this Court received the Mediation Report, stating that a settlement has been reached in the above-styled case.  *See* [Doc. 70].  Thus, it is hereby **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The Final Pretrial Conference set for September 22, 2025, at 3:00 p.m. and the Trial set for September 30, 2025, at 9:00 a.m. are hereby **CANCELED**.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: April 28, 2025.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE